**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:　　　Ex parte Leslie Palomo

Appellate case number:　　01-21-00707-CR

Trial court case number:　CV-0088967

Trial court:　　　　　　　County Court at Law No. 2 of Galveston County

　　　　The Clerk of this Court has examined the notice of appeal and the clerk's record filed in the above-referenced appeal and has determined that they do not comport with the Texas Rules of Appellate Procedure in that they do not include the trial court's certification of appellant's right of appeal from the denial of appellant's habeas application, which the trial court denied on November 16, 2021. *See* TEX. R. APP. P. 25.2(a)(2) (noting "trial court shall enter a certification of the defendant's right of appeal each time it enters a judgment of guilt or other appealable order"), (d), 34.5(a)(12) (noting that clerk's record shall contain "in criminal cases the trial court's certification of the defendant's right of appeal under Rule 25.2;"), 37.1; TEX. CODE CRIM. PROC. ANN. § 44.02. This order constitutes notice to all parties of the defect. *See* TEX. R. APP. P. 37.1.

　　　　The trial court clerk is **ORDERED** to prepare, certify, and file in this Court a supplemental clerk's record containing the trial court's signed order denying the habeas application and signed certification of the appellant's right of appeal from the order denying appellant's habeas application. *See* TEX. R. APP. P. 25.2(d), 34.5(a)(5), (12), (c)(1)-(2). The supplemental clerk's record containing the trial court's order and certification should be filed within **30 days** of the date of this notice. *See* TEX. R. APP. P. 37.1.

Judge's signature: ____/s/ Sarah Beth Landau_____
　　　　　　　　　　　Acting individually

Date: ____July 12, 2022_____